UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| WINDSTREAM HOLDINGS, INC., *et al.*,[1] | Case No. 19-22312 (RDD) |
| Debtors. | (Jointly Administered) |
| Windstream Holdings, Inc. and Earthlink Holdings Corp., | |
| Plaintiffs, | |
| v. | Adversary Proceeding<br>Adv. Pro. No. 19-08247 (RDD) |
| Charlos Yadegarian, Robert Murray, Cindy Graham and Larry Graham, | |
| Defendants. | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Robert Murray, a defendant in the above-captioned adversary proceeding, hereby appeals, pursuant to 28 U.S.C. § 158(a)(1), to the United States District Court for the Southern District of New York from the *Order Denying the Motion of Securities Class Action Lead Plaintiff to Dismiss Adversary Complaint and Extending the Automatic Stay to Non-Debtor Defendants in the Securities Class Action* (the "Order") entered by the United States Bankruptcy Court for the Southern District of New York, Hon. Robert D. Drain, U.S.B.J., on July 3, 2019.  A copy of the Order is annexed hereto as **Exhibit A**.

---

[1] The last four digits of Debtor Windstream Holdings, Inc.'s tax identification number are 7717.  Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/windstream.  The location of the Debtors' service address for purposes of these chapter 11 cases is:  4001 North Rodney Parham Road, Little Rock, Arkansas 72212.

The names of all parties to the Order and their respective counsel are set forth below:

| Party | Counsel |
|---|---|
| Debtors | KIRKLAND & ELLIS LLP <br> KIRKLAND & ELLIS INTERNATIONAL LLP <br> Stephen E. Hessler, P.C. <br> Marc Kieselstein, P.C. <br> Cristine Pirro Schwarzman <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone:    (212) 446-4800 <br> Facsimile:     (212) 446-4900 <br> <br> James H.M. Sprayregen, P.C. <br> Ross M. Kwasteniet, P.C. <br> Brad Weiland <br> John R. Luze <br> KIRKLAND & ELLIS LLP <br> KIRKLAND & ELLIS INTERNATIONAL LLP <br> 300 North LaSalle Street <br> Chicago, Illinois 60654 <br> Telephone:    (312) 862-2000 <br> Facsimile:     (312) 862-2200 |

[ *signature page follows* ]

Dated: July 17, 2019      **LOWENSTEIN SANDLER LLP**

 /s/ *Michael S. Etkin*
Michael S. Etkin
Andrew Behlmann
Scott Cargill
One Lowenstein Drive
Roseland, New Jersey 070068
Telephone  973-597-2500
Facsimile   973-597-2333
metkin@lowenstein.com
abehlmann@lowenstein.com

*Bankruptcy Counsel to Lead Plaintiff*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Randall J. Baron
David A. Knotts
Eun Jin Lee
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone  619-231-1058
Facsimile   619-231-7423
dknotts@rgrdlaw.com
elee@rgrdlaw.com

*Lead Counsel to Lead Plaintiff*

**JOHNSON FISTEL, LLP**
W. Scott Holleman
99 Madison Avenue, 5th Floor
New York, New York 10016
Telephone  212-802-1486
Facsimile   212-602-1592
scotth@johnsonfistel.com

*Additional Counsel to Lead Plaintiff*